ELIZABETH NOONAN, Appellant, v. EDMUND F. GIBBONS, D.D., as Bishop of, and the ROMAN CATHOLIC DIOCESE OF ALBANY, NEW YORK, and Another, Respondents. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

PRODUCTION PLATERS, INC., Appellant, v. CHARLES E. HULTGREN, Doing Business as GRENLAND CONSTRUCTION Co., and ASPHALT EMULSION SERVICE, INC., Respondents.— Motion for leave to appeal to the Appellate Division granted as to defendant Asphalt Emulsion Service, Inc. In so far as defendant Hultgren is concerned, the motion is denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

IDA RYAN, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

LOUIS SCHNURMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— On the court's own motion, the decision of this court handed down on February 4, 1938 [*ante*, p. 893], is hereby amended to read as follows: Motion for leave to appeal to the Appellate Division granted on condition that a stipulation be filed consenting that judgment absolute may be rendered in the event of an affirmance of the order of the Appellate Term. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.